Fill in this information to identify the case:

Debtor name: **Texas Made Sports Development, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bauer Hockey LLC<br>100 Domain Drive<br>Exeter, NH 03833 | | vendor | | | | $6,044.72 |
| BB&T<br>Attn: Recovery<br>PO Box 1489<br>Lumberton, NC 28358 | | line of credit | | | | $45,168.97 |
| Broadcast Music, Inc.<br>10 Music Square East<br>Nashville, TN 37203 | | vendor | | | | $1,590.80 |
| CCM Hockey U.S., Inc.<br>3400 Raymond Lasnier<br>Ville St. Laurent<br>Quebec H4R 3LS | | vendor | | | | $13,551.18 |
| Cintas<br>PO Box 631025<br>Cincinnati, OH 45263-1025 | | vendor | | | | $938.40 |
| Comfort Systems USA<br>Mtech-Icon<br>1720 Royston Lane<br>Round Rock, TX 78664 | | hvac services | | | | $5,103.67 |
| Double Dave's Pizza<br>401 E. Whitestone Blvd.<br>Cedar Park, TX 78613 | | vendor | | | | $1,510.49 |

Debtor **Texas Made Sports Development, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| iSports Cedar Park, Ltd. c/o SynerMark Properties, Inc. 10711 Burnet Road, Ste. 320 Austin, TX 78758 | | landlord | Disputed | | | $794,320.72 |
| Jackson Ultima Skates, Inc. 505 Thompson Dr., Unit 5 Cambridge, Ontario N1T 2K7 Canada | | vendor | | | | $2,445.73 |
| Jani-King of Austin 2523 South Lakeline Blvd. Cedar Park, TX 78613 | | vendor | | | | $8,826.31 |
| Nielsen & Mayer PLLC 815-A Brazos Street Austin, TX 78738 | | legal services | | | | $2,143.75 |
| Northcross 2019 LP 100 Congress Ave., Ste. 1450 Austin, TX 78701 | | landlord | | | | $796,805.19 |
| Spectrum 1001 Morehead Square Dr., Ste. 500 Charlotte, NC 28203 | | vendor | | | | $5,725.00 |
| Trimbuilt Construction Inc. PO Box 80169 Austin, TX 78708 | | vendor | | | | $20,384.00 |
| Truist Bank PO Box 580048 Charlotte, NC 28258-0048 | | line of credit | | | | $47,828.10 |
| Truist Bank Visa PO Box 580340 Charlotte, NC 28258-0340 | | credit card | | | | $12,123.73 |
| Truist Bank Visa PO Box 580340 Charlotte, NC 28258-0340 | | credit card | | | | $7,989.28 |
| Truist Bank Visa PO Box 580340 Charlotte, NC 28258-0340 | | credit card | | | | $3,929.62 |

| Debtor | Texas Made Sports Development, Inc. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Bank Visa**<br>**PO Box 580340**<br>**Charlotte, NC**<br>**28258-0340** | | credit card | | | | $1,238.43 |
| **Warrior Sports, Inc.**<br>**16151 Collections**<br>**Center Dr.**<br>**Chicago, IL 60693** | | vendor | | | | $1,099.49 |